JUNE 28, 1982

No. 81–2062. NEW YORK SHIPPING ASSN., INC., ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. ■

No. 81–634. SHARON STEEL CORP. ET AL. *v.* INSURANCE COMMISSIONER OF NEW HAMPSHIRE ET AL. Appeal from Sup. Ct. N. H. Judgment vacated and case remanded for further consideration in light of *Edgar* v. *MITE Corp.*, 457 U. S. 624 (1982). ■

No. 80–1699. PLANTE, COMMISSIONER OF INSTITUTIONS AND AGENCIES OF NEW JERSEY, ET AL. *v.* SCOTT, BY AND THROUGH HIS GUARDIAN, WEINTRAUB. C. A. 3d Cir. Motion of American Psychiatric Association for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Youngberg* v. *Romeo*, 457 U. S. 307 (1982). ■

No. 80–6397. GRAHAM *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Johnson*, 457 U. S. 537 (1982). ■